

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2014

No. 04-14-00568-CV

Julian **CALDERAS**, Jr. and Erica Calderas,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04330
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

The reporter's record in this accelerated appeal was originally due July 8, 2014. This appeal, originally filed in this court, was transferred by the Texas Supreme Court to the First Court of Appeals in Houston, Texas. On August 8, 2014, the Texas Supreme Court transferred the appeal back to this court. The reporter's record remains unfiled.

Ms. Yvonne O'Bar is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. Ms. O'Bar is hereby ORDERED to file the record in this court no later than August 25, 2014. *See* TEX. R. APP. P. 37.3(a)(1). If the record is not received by such date, a show cause order shall issue directing Ms. O'Bar to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. O'Bar by certified mail, return receipt requested, and by regular United States mail.

Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2014.



Keith E. Hottle
Clerk of Court